**FILED**
January 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07CR00019DFL |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHARLENE LEE SAUCIER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHARLENE LEE SAUCIER , Case No. 2:07CR00019DFL , Charge  18USC § 286 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　___   Release on Personal Recognizance

　　　___   Bail Posted in the Sum of $___

　　　　　___   Unsecured Appearance Bond

　　　　　___   Appearance Bond with 10% Deposit

　　　　　___   Appearance Bond with Surety

　　　　　___   Corporate Surety Bail Bond

　　　_✔_   (Other)   Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 29, 2007  at  11:33 am .

　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court