HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
CHARLENE SAUCIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-07-0019 DFL |
| Plaintiff, | |
| vs. | APPLICATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: TRAVEL AND ORDER |
| **CHARLENE SAUCIER**, | |
| Defendant(s). | Judge: Dale A. Drozd |

Defendant, Charlene Saucier, hereby makes application to the Court for a modification of her pretrial release condition regarding travel restrictions to allow her to travel to Ferriday, Louisiana between May 1, 2007, and May 15, 2007. The purpose of this travel is to enable her to attend her oldest son's high school graduation and to visit with her ailing mother. While there, she will be residing with her mother, Clara Eugene Lee, at 409 S. 5th Street, Ferriday, LA 71334, telephone number (318)757-1449.

The undersigned has sought and obtained the approval of Asst. U.S. S. Attorney Camil Skipper and Pretrial Services Officer Fiddleman to the above-stated request.

/////

/////

1

Accordingly, it is requested that the terms of the special conditions of release be modified to allow travel to Ferriday, Louisiana, for the period May1, 2007, through May 15, 2007. All other conditions of release are to remain in full force.

Dated: April 3, 2007

Respectfully submitted,

/s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
CHARLENE SAUCIER

## ORDER

Based upon the foregoing application and the agreement of the government and the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified to allow travel to Ferriday, Louisiana, for the period May1, 2007, through May 15, 2007. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

DATED: April 3, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/saucier0019.ord