```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-07-019 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | AS TO CHARLENE SAUCIER |
| ) | |
| CHARLENE LEE SAUCIER, ) | |
|   aka Charlene Lee Bates, and ) | |
| TAVORIS TIMANE SAUCIER, ) | DATE: July 24, 2007 |
| ) | TIME: 9:00 A.M. |
| Defendant. ) | COURT: Hon. D. Lowell Jensen |
| _____) | |

     IT IS HEREBY STIPULATED AND AGREED between the defendant, Charlene Saucier, and the United States, through their respective counsel, that the status conference presently set for June 14, 2007, should be continued to July 24, 2007 at 9:00 A.M.; and that time under The Speedy Trial Act should be excluded through July 24, 2007.

     Discovery has been provided, and the parties are seeking to resolve the case. The parties had anticipated that the defendant would be prepared to move forward on June 14, 2007, but Ms. Saucier suffered an unexpected medical emergency that required surgery and caused an understandable delay. Based on ongoing discussions, the parties believe that a further continuance is necessary to allow the

defendant to consult with her counsel and determine how she wishes to proceed. On that basis, the parties agree that an exclusion of time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 is appropriate.

The defendant is not in custody. Defense counsel has advised her of her rights under the Speedy Trial Act, and she concurs in this request to exclude time.

Date: June 14, 2007                Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


                               By: Camil A. Skipper
                                   CAMIL A. SKIPPER
                                   Assistant U.S. Attorney



Date: June 14, 2007            By: Hayes Gable
                                   HAYES GABLE
                                   Attorney for CHARLENE SAUCIER


**ORDER**

1.  The status conference is continued to July 24, 2007, at 9:00 A.M.

2.  Based upon the above representations and stipulations of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded pursuant to Local Code T4 through July 24, 2007.

IT IS SO ORDERED.

Date: _____       _____
                                   D. LOWELL JENSEN
                                   Senior Judge

2