```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S-07-019 DLJ
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER TO
                                 )   CONTINUE STATUS CONFERENCE AS
13       v.                      )   TO CHARLENE SAUCIER
                                 )
14  CHARLENE LEE SAUCIER,        )
      aka Charlene Lee Bates, and)
15  TAVORIS TIMANE SAUCIER,      )   DATE: July 24, 2007
                                 )   TIME: 9:00 A.M.
16              Defendant.       )   COURT: Hon. D. Lowell Jensen
    _____)
17
```

18      IT IS HEREBY STIPULATED AND AGREED between the defendant,
19 Charlene Saucier, and the United States, through their respective
20 counsel, that the status conference presently set for July 24, 2007,
21 should be continued to August 7, 2007 at 9:00 A.M.; and that time
22 under The Speedy Trial Act should be excluded through August 7,
23 2007.

24      The government provided an amended plea agreement to the
25 defense on July 23, 2007.  Defense counsel needs time to discuss the
26 revisions with the defendant, advise her of her rights, and assist
27 her in deciding how she wishes to proceed.  Based on this, the
28 parties believe that a further continuance is necessary and agree

                                 1

1  that an exclusion of time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)
2  and Local Code T4 is appropriate.
3      The defendant is not in custody.  Defense counsel has advised
4  her of her rights under the Speedy Trial Act, and she concurs in
5  this request to exclude time.

6  Date: June 23, 2007                    Respectfully submitted,

7                                         McGREGOR W. SCOTT
                                          United States Attorney
8

9
                                          By: Camil A. Skipper
10                                            CAMIL A. SKIPPER
                                              Assistant U.S. Attorney
11

12

13 Date: June 23, 2007 _____    By: Hayes Gable
                                         HAYES GABLE
14                                       Attorney for CHARLENE SAUCIER

15
                                   **ORDER**
16
        1.   The status conference is continued to August 7, 2007, at
17
    9:00 A.M.
18
        2.   Based upon the above representations and stipulations of
19
    the parties, the court finds that the ends of justice outweigh the
20
    best interest of the public and the defendant in a speedy trial.
21
    Accordingly, time under the Speedy Trial Act shall be excluded
22
    pursuant to Local Code T4 through August 7, 2007.
23
        IT IS SO ORDERED.
24
    Date: July 23, 2007
25                                      /s/ D. Lowell Jensen
                                        D. LOWELL JENSEN
26                                      Senior Judge

27

28

                                    2