HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
CHARLENE SAUCIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-07-019 DLJ |
| Plaintiff, | |
| vs. | APPLICATION TO EXTEND TIME TO SURRENDER TO COMMENCE SENTENCE AND ORDER |
| **CHARLENE SAUCIER**, | |
| Defendant(s). | Judge: D. Lowell Jensen |

Defendant, Charlene Saucier, hereby makes application to the Court for an order extending the time for her to self-surrender to the Bureau of Prisons facility at Dublin, California. The current date scheduled for surrender is April 25, 2008. Ms. Saucier is requesting a surrender date of May 26, 2008.

The undersigned has sought and obtained the approval of Sup. Asst. U.S. Attorney Benjamin Wagner and Pretrial Services Officer Rebecca Fiddleman to the above-stated request.

Accordingly, it is requested that the self-surrender date be extended to May 26, 2008. All other conditions of release are to remain in full force.

///

///

///

1

1  Dated: April 1, 2008
                                    Respectfully submitted,


                                     /s/Hayes H. Gable, III
                                    HAYES H. GABLE, III
                                    Attorney for Defendant
                                    CHARLENE SAUCIER

## ORDER

Based upon the foregoing application and the agreement of the government and the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the self-surrender date, currently set for April 25, 2008, be extended to May 26, 2008. . All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: April 2, 2008

                                    _____
                                    D. LOWELL JENSEN
                                    Senior U.S. District Court Judge