**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLENE LEE SAUCIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHARLENE LEE SAUCIER,<br><br>   Defendant. | 2:07-CR-00019-01<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Camil A. Skipper, and defendant, Charlene Lee Saucier, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for sentencing on Ms. Saucier's violation of supervised release, September 27, 2011 at 9:30 a.m., and to continue sentencing to October 18, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The defense requests this continuance to permit additional time for investigation into non-prison sentencing options, to obtain documentation regarding such options and in mitigation, and to prepare a sentencing memorandum, in light of the recommendation to state prison by the probation officer in this matter, Dayna Ward. The Court is advised that Ms. Skipper concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf. The court is further advised that Ms. Ward also concurs with this continuance and the date requested for sentencing.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1  IT IS SO STIPULATED

2  Dated: September 21, 2011                BENJAMIN WAGNER
                                            United States Attorney

                                    By:      /s/ Camil A. Skipper
                                            CAMIL A. SKIPPER
                                            Assistant United States Attorney

7  Dated: September 21, 2011                 /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            CHARLENE LEE SAUCIER

## ORDER

IT IS HEREBY ORDERED that sentencing hearing currently scheduled for September 27, 2011 at 9:30 a.m. be VACATED and the matter continued to October 18, 2011 at 9:30 a.m. for sentencing on Ms. Saucier's violation of supervised release.

Dated:  9/22/2011                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Judge